Mary Flanagan et al., appellants, v. Madison Square State Bank et al., defendants below. Carl F. Kuehnle, Jr., appellee. Gen. No. 39,718.

Opinion filed May 11, 1938.

Aaron Soble, John C. DeWolfe and Robert E. Dowling, for appellants; Max Chill, of counsel. Lawrence J. West, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Mary Flanagan et al., appellants, v. Madison Square State Bank et al., defendants below. Louis Steinbrecher, appellee. Gen. No. 39,720.

Opinion filed May 11, 1938.

Aaron Soble, John DeWolfe and Robert E. Dowling, for appellants; Max Chill, of counsel. Russell, Murphy & Pearson, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Mary Flanagan et al., appellants, v. Madison Square State Bank et al., defendants below. John T. Kerwin, appellee. Gen. No. 39,721.

Opinion filed May 11, 1938.

Aaron Soble, John C. DeWolfe and Robert E. Dowling, for appellants; Max Chill, of counsel. Concannon, Dillon, Bostelman & Snook, for appellee John T. Kerwin. .

Mr. Presiding Justice Hebel delivered the opinion of the court.